CO-386-online
10/03

# United States District Court
# For the District of Columbia

NORMENT SECURITY GROUP, INC.

          vs    Plaintiff

PCC CONSTRUCTION COMPONENTS, INC.

                Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Norment Security Group, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Norment Security Group, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                Attorney of Record

                _[signature]_
                Signature

488979
BAR IDENTIFICATION NO.

Tameka M. Collier, Troutman Sanders, LLP
Print Name

401 9th St. NW, Suite 1000
Address

Washington, DC    20004
City    State    Zip Code

202.274.2856
Phone Number