UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMENT SECURITY GROUP, INC., )
   3224 Mobile Highway )
   Montgomery, Alabama 36108, )
                                   Plaintiff, )
                                           )
v.                                       )   Civil Action No. _____
                                           )
PCC CONSTRUCTION )
COMPONENTS, INC., )
   20312 Market Tree Place )
   Gaithersburg, Maryland 20879 )
                                         )
Serve: The Corporation Trust Incorporated )
   300 E. Lombard Street )
   Baltimore, Maryland 21202, )
                                         )
                      Defendant. )

**NOTICE OF APPLICATION FOR ORDER
CONFIRMING ARBITRATION AWARD**

To:   PCC CONSTRUCTION COMPONENTS, INC.,
      Serve: The Corporation Trust Incorporated
      300 E. Lombard Street
      Baltimore, Maryland 21202

      Please take notice that, upon the Award of Arbitrators dated July 11, 2006, in the arbitration proceeding between Norment Security Group, Inc. and PCC Construction Components, Inc, and the agreement for arbitration contained in the Purchase Order dated May May 1, 2002, the undersigned will move this court for an order:

      1.      Confirming the Award of Arbitrators;

      2.      Directing that judgment be entered thereon; and

3.  Awarding such other and further relief as may be just, together with the cost of this motion.

*[signature]*

Richard E. Hagerty, D.C. Bar No. 411858
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
703.734.4334 (telephone)
703.734.4340 (facsimile)

Tameka M. Collier, D.C. Bar No. 488979
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
202.274.2950 (telephone)
202.274.2994 (facsimile)

*Counsel for Plaintiff*