UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORMENT SECURITY GROUP, INC., )<br>                                )<br>     Plaintiff,          )<br>                                )<br>v.                                     )<br>                                )<br>PCC CONSTRUCTION COMPONENTS, INC., )<br>                                )<br>     Defendant.   )| Civil Case No. 07-CV-0058<br>Judge: Ricardo M. Urbina |

**ENTRY OF APPEARANCE**

Madam Clerk:

     Pursuant to LCvR 83.6(a), please enter the appearance of Richard E. Hagerty as co-counsel for Plaintiff, Norment Security Group, Inc. Please send to my attention notice of all orders, notices and other filings in this case.

                                            Respectfully submitted,

                                             /s/ Richard E. Hagerty
                                        Richard E. Hagerty, #411858
                                        Troutman Sanders LLP
                                        1660 International Drive, Suite 600
                                        McLean, Virginia 22102
                                        (703) 734-4334
                                        (703) 734-4340 (fax)
                                        richard.hagerty@troutmansanders.com

                                           /s/ Tameka M. Collier
                                        Tameka M. Collier, #488979
                                        Troutman Sanders LLP
                                        401 9th Street, N. W.
                                        Suite 1000
                                        Washington, DC 20004-2134
                                        (202) 274-2950
                                        (202) 274-2994 (fax)
                                        tameka.coller@troutmansanders.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of February, 2007, a true and accurate copy of the foregoing Entry of Appearance was delivered by first class mail, postage prepaid, to the following:

>Leonard Arthur Sacks
>Leonard A. Sacks & Associates, P.C.
>One Church Street
>Suite 303
>Rockville, Maryland 20850
>lsacks@laspc.net
>*Counsel for PCC Construction Components, Inc.*

          /s/ Richard E. Hagerty
          Richard E. Hagerty

#317169