## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMENT SECURITY GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-CV-00058 (JMF) |
| vs. ) | |
| ) | Judge John M. Facciola |
| PCC CONSTRUCTION COMPONENTS, INC. ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1), Fed. R. Civ. P., Norment Security Group, Inc. and PCC Construction Components, Inc., by counsel, hereby stipulate and agree that all claims, counterclaims and causes of action in this action are hereby dismissed with prejudice, each party to bear its own costs and expenses, and that this action is hereby terminated.

| | |
|---|---|
| LEONARD A. SACKS & ASSOCIATES, P.C. | TROUTMAN SANDERS LLP |
| By:  /s/Leonard Sacks | By:  /s/Richard Hagerty |
| Leonard A. Sacks | Richard E. Hagerty |
| LEONARD A. SACKS & ASSOCIATES, P.C. | Tameka M. Collier |
| One Church Street | TROUTMAN SANDERS LLP |
| Suite 303 | 1660 International Drive |
| Rockville, MD  20850 | Suite 600 |
| (301) 738-2470 | McLean, VA  22102 |
| | (703) 734-4334 |
| Attorney for PCC Construction Components, Inc. | Attorneys for Norment Security Group, Inc. |

Dated:  January 2, 2008

1

It is so ORDERED, this ____ day of _____, 2008.

_____
Judge John M. Facciola